■ SAMIR GHAZAL et al., Respondents, v INTERNATIONAL BUSINESS MACHINES CORPORATION, Appellant, et al., Defendant. (And a Third-Party Action.)—Order, Supreme Court, New York County (Kristin Glen, J.), entered on October 7, 1987, unanimously affirmed, without costs and without disbursements. The motion by respondents to strike certain matter contained in appellant's reply brief is granted. No opinion. Concur—Sullivan, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ BERNARD R. SCHUTZ et al., Appellants, v ABRAHAM KAMBER & COMPANY et al., Respondents and Interpleading Plaintiffs-Respondents. JOSEPH G. BLUM, as Executor of NATHAN BERLIN, Deceased, Interpleaded Defendant-Respondent, et al., Interpleaded Defendants.—Order and judgment (one paper), Supreme Court, New York County (Kristin Glen, J.), entered on or about May 17, 1988, unanimously affirmed, for reasons stated by Kristin Glen, J., without costs and without disbursements. Concur—Sullivan, J. P., Ross, Rosenberger and Ellerin, JJ.

■ I. KASZIRER DIAMONDS, LTD. v ZOHAR CREATIONS, LTD., et al.—Motion for accounting and restitution denied, without prejudice to renewal and cross motion granted insofar as to resettle this court's order (146 AD2d 492) entered on January 12, 1989, to delete the last sentence thereof, all as indicated. Resettled order signed and filed. Concur—Kupferman, J. P., Carro, Asch, Rosenberger and Wallach, JJ.